# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND; SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND; and BOARD OF TRUSTEES FOR THE SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND and SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND, <br><br>        Plaintiffs, <br><br>        v. <br><br>REFRIGERATOR MANUFACTURERS, INC., a California corporation; REFRIGERATOR MANUFACTURERS, LLC, a California Limited Liability Company, formerly known as REFRIGERATOR MANUFACTURERS, INC., a California corporation; and DOES 1 through 10, inclusive, <br>        Defendants. | Case No.  8:16-cv-218-JLS-DFMx <br><br><br><br>**JUDGMENT** |

1

On January 17, 2017, the Court granted a motion for default judgment filed by Plaintiffs Southern California Lumber Industry Retirement Fund, Southern California Lumber Industry Welfare Fund, and the Board of Trustees for the Southern California Lumber Industry Retirement Fund and the Southern California Lumber Industry Welfare Fund. (Order, Doc. 28.) Therefore, **IT IS HEREBY ORDERED THAT:**

1. Final judgment as to liability is entered against Defendant Refrigerator Manufacturers, Inc. for Plaintiffs' ERISA claim. As explained in the aforementioned Order, (Doc. 28), the Court finds there is good cause and there is no just reason for delay to enter final judgment against Defendant.

2. Plaintiffs are awarded unpaid contributions in the amount of $11,324.26, pre-judgment interest in the amount of $4,684.10, statutory penalties in the amount of $4,684.10, attorneys' fees in the amount of $1,279.46, and costs to be determined by the Court Clerk.

**IT IS SO ORDERED.**

Dated: January 17, 2017

_____
The Honorable Josephine L. Staton
United States District Judge